AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY DEES, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br> AINS, LLC D/B/A OPEXUS A/K/A CASEPOINT <br><br> *Defendant(s)* | Civil Action No. 1:26-cv-00413 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    **CASEPOINT, LLC**
    **7900 Tysons One Place, Suite 680**
    **Tysons, VA 22102-0000**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Nathan M. Peak (Virgina Bar No. 91339) <br> BRACKER & MARCUS LLC <br> 3355 Lenox Rd NE, Ste. 660 <br> Atlanta, GA 30326 <br> Phone: 770-988-5035 | AND | D. Anthony Mastando and Eric J. Artrip <br> *Applying for Pro Hac Vice* <br> MASTANDO & ARTRIP, LLC <br> 301 Holmes Ave., NE, Ste. 100 <br> Huntsville, Alabama 35801 <br> Phone: 256-532-2222 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                   *CLERK OF COURT*

Date: _____                            _____

                                                                                   *Signature of Clerk or Deputy Clerk*