AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY DEES, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| _Plaintiff(s)_ | ) |
| v. | )  Civil Action No.  1:26-cv-00413 |
| | ) |
| AINS, LLC D/B/A OPEXUS A/K/A CASEPOINT | )<br>) |
| _Defendant(s)_ | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**AINS, LLC d/b/a OPEXUS a/k/a CASEPOINT**
**1101 17th Street NW, 12th Floor**
**Washington, D.C. 20036**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Nathan M. Peak (Virgina Bar No. 91339)<br>BRACKER & MARCUS LLC<br>3355 Lenox Rd NE, Ste. 660<br>Atlanta, GA 30326<br>Phone: 770-988-5035 | AND | D. Anthony Mastando and Eric J. Artrip<br>*Applying for Pro Hac Vice*<br>MASTANDO & ARTRIP, LLC<br>301 Holmes Ave., NE, Ste. 100<br>Huntsville, Alabama  35801<br>Phone: 256-532-2222 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____

_____
*Signature of Clerk or Deputy Clerk*